**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL District of CALIFORNIA
(State)

Case number (if known): _____ Chapter 11



FILED
DEC 14 2021
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  DA & AR Hospice Care, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  47-2149113

**4. Debtor's address**

Principal place of business:
11026 Main Street
Number  Street

El Monte   CA   91731
City   State   ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business:
Number  Street
P.O. Box
City   State   ZIP Code

Location of principal assets, if different from principal place of business
See Attachment "A"
Number  Street

City   State   ZIP Code

**5. Debtor's website (URL)**

ORIGINAL

Debtor  DA & AR Hospice Care, Inc.                                    Case number (if known)_____
        _____
        Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | **A.** *Check one:*<br>☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the above<br><br>**B.** *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>__ __ __ __ |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply:*<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor  DA & AR Hospice Care, Inc.                                    Case number (if known) _____
        Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes. District _____ When __/__/____ Case number _____
        District _____ When __/__/____ Case number _____

If more than 2 cases, attach a separate list.

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes. Debtor _____ Relationship _____
        District _____ When __/__/____

List all cases. If more than 1, attach a separate list.
Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number  Street
_____
City                    State ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

Debtor  DA & AR Hospice Care, Inc.                                    Case number (if known) _____
        Name

| 13. Debtor's estimation of available funds | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|

| 14. Estimated number of creditors | ☐ 1-49<br>☒ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/10/2021
            MM / DD / YYYY

X _____          Yvette Hargrove-Brown
Signature of authorized representative of debtor      Printed name

Title  President

| Debtor | DA & AR Hospice Care, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

18. **Signature of attorney**    X _/s/ [signature]_    Date  12/10/2021
                                    Signature of attorney for debtor             MM / DD / YYYY

Michael E. Reznick
Printed name

LAW OFFICES OF MICHAEL E. REZNICK, A Professional Corporation
Firm name

283    Ocho Rios Way
Number    Street

Oak Park                                              CA           91377
City                                                  State        ZIP Code

818-437-5630                                          reznagoura@aol.com
Contact phone                                         Email address

116126                                                CA
Bar number                                            State

In re DA & AR Hospice Care, Inc.

**Attachment to Voluntary Petition - Attachment "A"**

5. **Location of principal assets:**

CarePlus Medical Group, Inc., 11026 Main Street, El Monte, CA 91731

**Fill in this information to identify the case:**

Debtor name: DA & AR HOSPICE CARE, INC.

United States Bankruptcy Court for the: Central    District of California
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Lisa Abai, 15635 Woodvale Road, Encino, CA 91436 | Alex David v. Lakeside Tr Orange County SU, C 30-2020-01167066-CU-OR | Contract breach Complaint-Hon Derek Hunt | Disputed | | | Disputed |
| 2 | The transion retreat Management Trust | M. Reznick, Esq. 283 Ocho Rios Way, Oak Park, CA 91367 | Contract breach | Disputed | | | Disputed |
| 3 | the lakeside remodeling trust | M. Reznick, Esq. 283 Ocho Rios, Way, Oak Park, CA 91367 | Contract breach | Disputed | | | Disputed |
| 4 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101 | | | contingent | | | 100,000 |
| 5 | Franchise Tax Board Bankruptcy Section MS A-340, Box 2952, Sacramento, CA95812 | | | contingent | | | 35,000.00 |
| 6 | Theodore Spanos, Esq 21650 W. Oxnard Street, Suite 500, Woodland hills, ca 91367 | | | disputed | | | 12,000 |
| 7 | Akyna Capital, 30 N. Gould St, Ste R, Sheridan, WY 82801 | | | | | | |
| 8 | Memory Rehabilitaion Medical Group, 9461 Flower, bellflower, ca 90760 | | | contingent | | | Contingent |

Debtor: DA & AR HOSPICE CARE, INC

Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | ADP Wage Pay, 5355 Orangethorpe, La Palma, CA 90623 | | | Disputed | | | 5,800.00 |
| 10 | Employment Development Department, Bkptcy Special Procedures, Box 826880 MIOC 92e, Sac 94280 | | | | | | unknown |
| 11 | LACMG, 2208 w. 7th street, LA CA 90057 | | | | | | unknown |
| 12 | quest diagnostics Clinical lab box 633545, Cincianati OH 45263 | | | | | | unknonw |
| 13 | republic services box 78829, pheonix, az 85062 | | | | | | Unknown |
| 14 | SCI Depository Staff Care Lockbox 281923, atlanta, ga 30349 | | | | | | Unknown |
| 15 | Atlas Building Maintenance box 1634, Carmichael, ca 95609 | | | | | | unkonwn |
| 16 | Capitulum Consortium 212 Eucaplyptus Drive, El Segundo, CA 90245 | | | | | | unknown |
| 17 | Bank of America 180 Grand Avenue #200 Oakland, CA 94612 | | | | | | unknown |
| 18 | City of Sacramento, City Hall 915 I street, Rm 1214 Sacramento, CA 95814 | | | | | | unknown |
| 19 | TAMCO Balboa Box 79445 City of Industry, CA 91716 | | | | | | unknown |
| 20 | Staples Box 105638 Atlanta, GA 30348 | | | | | | Unknown |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael E. Reznick, Esq. (SBN 116126)<br>LAW OFFICES OF MICHAEL E. REZNICK, A Professional Corporation<br>283 Ocho Rios Way<br>Oak Park, California 91377<br>Phone: (818) 437-5630<br>Email: reznagoura@aol.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**

| In re:<br><br>DA & AR HOSPICE CARE, INC.<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 12/07/21

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: 12-7-21

X _____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                    F 1007-1.MAILING.LIST.VERIFICATION

**ORIGINAL**

Advanced Professionals
dba Sim C. Hoffman, MD
6800 Lincoln Avenue, Ste
100 Buena Park, CA 90620


Clinica Medical General 2208
W 7th Street
Los Angeles, CA 90057


Department of the Treasury
Internal Revenue Service
Ogden, UT 84201


Efficient X-Ray, Inc.
9650 Topanga Canyon Place
#F Chatsworth, CA 91311


Franchise Tax Board
PO Box 942840
Sacramento, CA 94240


Labs-All, Inc.
2200 W 7th Street, Ste 305
Los Angeles, CA 90057


Mall Management
PO Box 2309
BEVERLY HILLS, CA 91213

Medivision
4883 E La Palma Avenue, Ste 503
Anaheim, CA 92807

NationWide
PO Box 10479
Des Moines, IA 50306

Paragi Patel, CEO
Meditab Software, Inc.
1420 River Park Drive, Ste 120
Sacramento, CA 95815

Physician Care Management
2200 W 7th Street
Los Angeles, CA 90057

The Hartford
1 Hartford Plaza
Hartford, CT 06155

Bank of America
180 Grand Avenue, #200
Oakland, CA 94612


Clinica Medical General
6511 Van Nuys Blvd
Van Nuys, CA 91401


Clinica Medical General
2208 W 7th Street
Los Angeles, CA 90057


Efficient X-Ray, Inc.
9650 Topanga Canyon Place #F
Chatsworth, CA 91311


Labs-All, Inc.
2200 W 7th Street, Ste 305
Los Angeles, CA 90057


Merz North America
PO Box 10973
Palatine, IL 60055


NationWide
PO Box 10479
Des Moines, IA 50306


Ocean Management, LLC
PO Box 2309
Beverly Hills, CA 90213

Physician Care Management
2200 W 7th Street
Los Angeles, CA 90057

Clinica Medical General
2208 W 7th Street
Los Angeles, CA 90057


Dr. Daniel Dunkelman
8631 W 3rd Street, Ste 235E
Los Angeles, CA 90048


Efficient X-Ray, Inc.
9650 Topanga Canyon Place #F
Chatsworth, CA 91311


Este Management, LLC
PO Box 2309
Beverly Hills, CA 90213


LA DPW
PO Box 30808
Los Angeles, CA 90030


Labor Law Poster Service
2443 Fair Oaks Blvd, #216
Sacramento, CA 95825


Labs-All, Inc.
2200 W 7th Street, Ste 305
Los Angeles, CA 90057


NationWide
PO Box 10479
Des Moines, IA 50306

Physician Care Management
2200 W 7th Street
Los Angeles, CA 90057

Portobello Management, LLC
PO Box 2309
Beverly Hills, CA 90213

SoCalGas
PO Box C
Monterey Park, CA 91756

The Hartford
1 Hartford Plaza
Hartford, CT 06155

Victory Management, LLC
PO Box 2309
Beverly Hills, CA 90213