

**FILED & ENTERED**

**JAN 25 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:    DA & AR Hospice Care, Inc., Debtor. | Case No.:    11<br>Chapter:    2:21-bk-19219-ER<br><br>**ORDER: (1) DISMISSING CHAPTER 11 CASE FOR FAILURE TO TIMELY FILE SCHEDULES AND (2) RETAINING JURISDICTION TO HEAR PENDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY JPMORGAN CHASE BANK, N.A.**<br><br>**[RELATES TO DOC. NO. 10]**<br><br>[No hearing required pursuant to Federal Rule of Civil Procedure 78(b) and Local Bankruptcy Rule 9013-1(j)(3)] |

    The Court having issued an *Order Requiring Debtor to File Deficient Schedules and Documents By No Later Than January 19, 2022* [Doc. No. 10] (the "Order"); and the Order having advised the Debtor that the case would be dismissed without further notice or hearing if the deficient schedules and documents were not timely filed; and the Debtor having failed to timely file the deficient schedules and documents, **IT IS HEREBY ORDERED AS FOLLOWS:**

1) The above-captioned case is **DISMISSED**.
2) Notwithstanding the dismissal, the Court retains jurisdiction to hear the *Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Doc. No. 13] filed by JPMorgan Chase Bank, N.A.

IT IS SO ORDERED.

###

Date: January 25, 2022

Ernest M. Robles
United States Bankruptcy Judge