# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
DA & AR Hospice Care, Inc.

**BANKRUPTCY NO.**  2:21−bk−19219−ER

**CHAPTER**  11

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  N/A
**Employer Tax−Identification (EIN) No(s).(if any):**  47−2149113
**Debtor Dismissal Date:** 1/25/22

**Address:**
11026 Main St
El Monte, CA 91731

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: January 25, 2022

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**16 / LRL**