

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael E. Reznick, Esq. (SBN 116126)<br>LAW OFFICES OF MICHAEL E. REZNICK, A Professional Corporation<br>283 Ocho Rios Way<br>Oak Park, California 91377<br>Phone: (818) 437-5630<br>Email: reznagoura@aol.com | FILED<br>MAR 2 2 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:           Deputy Clerk |
| ☐ Individual *appearing without an attorney*<br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re:<br><br>DA & AR HOSPICE CARE, INC.<br><br><br><br>Debtor(s) | CASE NO.: 2:21-bk-19219-ER<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>STIPULATION BY AND BETWEEN DEBTOR, DEBTOR'S COUNSEL AND UNITED STATES TRUSTEE TO CONTINUE HEARING AND BRIEFING DATES ON COURT'S ORDER TO SHOW CAUSE; [PROPOSED] ORDER THEREON |

PLEASE TAKE NOTE that the order titled     [PROPOSED] ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE TO CONTINUE THE COURT'S ORDER TO SHOW CAUSE AND FILING DEADLINES FOR THE DEBTOR'S OPPOSITION AND TRUSTEE'S REPLY

was lodged on (*date*) 3/22/2022     and is attached. This order relates to the motion which is docket number ____.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                Page 1                                                F 9021-1.2.BK.NOTICE.LODGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____  _____  _____
*Date*           *Printed Name*            *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                             Page 2                    F 9021-1.2.BK.NOTICE.LODGMENT

Michael E. Reznick (CA Bar No. 116126)
**LAW OFFICES OF MICHAEL E. REZNICK**
A Professional Corporation
283 Ocho Rios Way
Oak Park, CA 91377-5540
Telephone: (818) 437-5630
Email: reznagoura@aol.com

Attorneys for Chapter 11 Debtor
**DA & AR HOSPICE CARE, INC.**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>DA & AR HOSPICE CARE, INC.,<br><br>Debtor. | Case No. 2:21-bk-19219-ER<br><br>**[PROPOSED] ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE TO CONTINUE THE COURT'S ORDER TO SHOW CAUSE AND FILING DEADLINES FOR THE DEBTOR'S OPPOSITION AND TRUSTEE'S REPLY** |

[LODGED MAR 22 2022 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA]

## ORDER

The Court, having reviewed the *Stipulation By And Between Debtor, Debtor's Counsel and United States Trustee To Continue Hearing And Briefing Dates On Court's Order To Show Cause; [Proposed] Order Thereon,* and good cause appearing therefor, hereby approves the Stipulation.

The Court orders that the hearing date on the Court's Order to Show Cause be continued

1 | to May 10, 2022 or May 11, 2022 at 10:00 a.m. or 11:00 a.m., or a subsequent date thereafter
2 | subject to the Court's approval.
3 |     The Opposition to the Court's Order to Show Cause shall be filed 14 days prior to the
4 | hearing or on a date to be set by the Court;
5 |     The Rely may be filed 7 days prior to the hearing or on a date to be set by the Court.

6

DATED: March __, 2022

7 |                                   ERNEST M. ROBLES
                                  UNITED STATES BANKRUPTCY JUDGE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law Offices of Michael E. Reznick, A Professional Corporation
283 Ocho Rios Way
Oak Park, CA 91377

A true and correct copy of the foregoing document entitled (*specify*): <u>STIPULATION BY AND BETWEEN DEBTOR, DEBTOR'S COUNSEL AND UNITED STATES TRUSTEE TO CONTINE HEARING AND BRIEFING DATES ON COURT'S ORDER TO SHOW CAUSE; [PROPOSED ORDER THEREON (SERVED AND LODGED SEPARATELY)</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/22/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   United States Trustee, hatty.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/22/2022 | Michael E. Reznick | /s/Michael E. Reznick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**