

**FILED & ENTERED**

MAR 23 2022

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:    DA & AR Hospice Care, Inc., Debtor. | Case No.: 2:21-bk-19219-ER<br>Chapter:   11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE**<br><br>**[RELATES TO DOC. NO. 36]**<br><br>**CONTINUED HEARING DATE:**<br><br>Date:       May 11, 2022<br>Time:       10:00 a.m.<br>Location:  Courtroom 1568<br>   **(Personal Appearances Required)**<br>   Roybal Federal Building<br>   255 East Temple Street<br>   Los Angeles, CA 90012 |

    Having reviewed the *Stipulation By and Between Debtor, Debtor's Counsel and United States Trustee to Continue Hearing and Briefing Dates on Court's Order to Show Cause* [Doc. No. 36] (the "Stipulation"), the Court **HEREBY ORDERS AS FOLLOWS:**

1) The Stipulation is **APPROVED**.
2) The hearing on the Order to Show Cause is **CONTINUED** from April 6, 2022 at 10:00 a.m. to **May 11, 2022 at 10:00 a.m.** Any response by Michael E. Reznick and/or Yvette Hargrove-Brown to the Order to Show Cause shall be filed by no later than **April 27, 2022**. The United States Trustee's reply shall be filed by no later than **May 4, 2022**.

3) As previously ordered,[1] Michael E. Reznick and Yvette Hargrove-Brown shall **PERSONALLY APPEAR** at the hearing on the Order to Cause.

IT IS SO ORDERED.

###

Date: March 23, 2022

Ernest M. Robles
United States Bankruptcy Judge

---

[1] Doc. No. 30.