United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-19219-ER |
| DA & AR Hospice Care, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 23, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + DA & AR Hospice Care, Inc., 11026 Main St, El Monte, CA 91731-2617 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 25, 2022 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| D Edward Hays | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Hatty K Yip | on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov hatty.k.yip@usdoj.gov |
| Howard Steinberg | on behalf of Other Professional JPMORGAN CHASE BANK N.A. steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com |
| John-Patrick McGinnis Fritz (TR) | jpftrustee@lnbyg.com  jpf@trustesolutions.net |
| Michael E Reznick | on behalf of Debtor DA & AR Hospice Care  Inc. reznagoura@aol.com, reznagoura@aol.com |

District/off: 0973-2 User: admin Page 2 of 2
Date Rcvd: Mar 23, 2022 Form ID: pdf042 Total Noticed: 1

Tinho Mang
    on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 7



**FILED & ENTERED**

MAR 23 2022

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:   DA & AR Hospice Care, Inc., Debtor. | Case No.: 2:21-bk-19219-ER<br>Chapter: 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE**<br><br>**[RELATES TO DOC. NO. 36]**<br><br>**CONTINUED HEARING DATE:**<br><br>Date:       May 11, 2022<br>Time:       10:00 a.m.<br>Location:  Courtroom 1568<br>                 **(Personal Appearances Required)**<br>                 Roybal Federal Building<br>                 255 East Temple Street<br>                 Los Angeles, CA 90012 |

Having reviewed the *Stipulation By and Between Debtor, Debtor's Counsel and United States Trustee to Continue Hearing and Briefing Dates on Court's Order to Show Cause* [Doc. No. 36] (the "Stipulation"), the Court **HEREBY ORDERS AS FOLLOWS:**

1) The Stipulation is **APPROVED**.
2) The hearing on the Order to Show Cause is **CONTINUED** from April 6, 2022 at 10:00 a.m. to **May 11, 2022 at 10:00 a.m.** Any response by Michael E. Reznick and/or Yvette Hargrove-Brown to the Order to Show Cause shall be filed by no later than **April 27, 2022**. The United States Trustee's reply shall be filed by no later than **May 4, 2022**.

3) As previously ordered,[1] Michael E. Reznick and Yvette Hargrove-Brown shall **PERSONALLY APPEAR** at the hearing on the Order to Cause.

IT IS SO ORDERED.

###

Date: March 23, 2022

Ernest M. Robles
United States Bankruptcy Judge

---

[1] Doc. No. 30.