Lawrence J. Semenza, Esq. (State Bar No. 47134)
Lawrence J. Semenza, Ltd.
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 369-6999
Fax: (702) 995-9036
Email: lsemenza@semenzalawfirm.com

Attorney for Debtor Representative,
Yvette Hargrove-Brown

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In Re: DA & AR Hospice, Inc.

Case No. 2:21-bk-19219-ER

Chapter 11

DECLARATION OF YVETTE HARGROVE-BROWN IN SUPPORT OF OPPOSITION TO U.S. TRUSTEE'S NOTICE OF APPLICATION AND APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE: (1) DIRECTING MICHAEL E. REZNICK AND YVETTE HARGROVE-BROWN TO PERSONALLY APPEAR TO EXPLAIN WHY THIS BANKRUPTCY WAS NOT FILED IN BAD FAITH; (2) WHY MICHAEL E. REZNICK SHOULD NOT BE REQUIRED TO DISGORGE ALL FEES RECEIVED PURSUANT TO 11. U.S.C. § 329; (3) WHY MICHAEL E. REZNICK SHOULD NOT BE REFERRED TO THE BANKRUPTCY COURT ATTORNEY DISCIPLINARY PANEL FOR FILING A FRAUDULENT BANKRUPTCY CASE; AND (4) WHY YVETTE HARGROVE-BROWN SHOULD NOT BE ORDERED TO PAY THE SUBCHAPTER V TRUSTEE'S FEES INCURRED IN THE INSTANT CASE AND BARRED FROM FUTURE BANKRUPTCY FILINGS

Date: May 11, 2022
Time: 10:00 A.M.
Location: 1568

DECLARATION OF YVETTE HARGROVE-BROWN IN SUPPORT OF OPPOSITION TO U.S. TRUSTEE'S NOTICE OF APPLICATION AND APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE

I, Yvette Hargrove-Brown, declare as follows:

1. I am over the age of 18 years of age. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, would be competent to testify to those facts.

2. In and around April 2020, I became the Global Administrator for Clinica Medica General Medical Center, Inc. (CMG) at all their locations. CMG is a medical clinic with several locations throughout Southern California.

3. I have never spoke to Ailene Bundalian Rivera in person, despite her working out of the Los Angeles CMG location as a physical therapist provider.

4. I have never spoken to Ailene Bundalian Rivera on the phone.

5. On September 9, 2021, I was added to the Board of Directors for NobleQuest Health Foundation, Inc., and assigned the duties of C.E.O. for NobleQuest Health Foundation, Inc.

6. I was designated to serve as Secretary for the Board of Directors Meeting September 9, 2021, and took the minutes of the meeting.

7. During the September 2021 board meeting, Attorney Reznick told the group that a Special Litigation Committee had been authorized to investigate any alleged misconduct by Management, and that the CMGs are in the process of merging with an FQHC (Federally Qualified Health Centers).

8. Prior to December 8, 2021, Attorney Reznick contacted me regarding filing a bankruptcy petition for Noble Quest Health Foundation, Inc., stating that due to the merger of NobleQuest Health Foundation, Inc. with the CMGs, and my role as Global Administrator for CMG, I was the appropriate legal representative to sign the Petition.

8. In and around December 2021, sometime after the Noble Quest Health Foundation, Inc. bankruptcy petition was filed, I was contacted by Attorney Reznick, regarding a possible bankruptcy filing for an urgent care/hospice entity named, DA & AR Hospice Care Inc., and that he needed me, as Global Administrator of CMG, to sign the bankruptcy petition for this entity.

9. Attorney Reznick further told me that the bankruptcy petitions needed to be filed since the corporate records for NobleQuest Health Foundation, Inc. had been removed from the premises and/or destroyed.

10. On December 20, 2021, Ailene Rivera filed with the Superior Court of California, County of Los Angeles Family Division, Case Number: 21STRO07113, Petition for Restraining Order against me.

11. On February 1, 2022, I submitted my Opposition to the Petition, and on February 2, 2022, I appeared by Video with my Counsel at the scheduled hearing. The Court dismissed the Petition for failure of the Petitioner to appear.

12. I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and that this declaration was executed on April 27, 2022, at Sacramento, California.

_____
Dr. Yvette Hargrove-Brown

DECLARATION OF DR. YVETTE HARGROVE-BROWN IN SUPPORT OF OPPOSITION TO U.S. TRUSTEE'S NOTICE OF APPLICATION AND APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE