1  Lawrence J. Semenza (CA Bar No. 47134)
   **LAWRENCE J. SEMENZA, LTD**.
2  *3753 Howard Hughes Parkway Suite 200*
   Las Vegas,NV 89169
   Telephone: (702) 369-6999
3  Email:  lsemenza@semenzalawfirm.com

4  Attorney for Interested Party and Appellant
   **MICHAEL E. REZNICK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.  2:21-bk-19219-ER |
| DA & AR HOSPICE CARE, INC., | **APPELLANT'S DESIGNBATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT** |
| Debtor. | |
| | **[RULE 8009]** |

**TO THE CLERK OF THE COURT:**

    **YOU ARE HEREBY NOTIFIED THAT** pursuant to Bankruptcy Rule 8009, Appellant and Interested Party MICHAEL E. REZNICK (hereinafter "Appellant") hereby designates the following record and submits the following "Statement of Issues" on his appeal to the Bankruptcy Appellate Panel:

## DESIGNATION OF RECORD

| Docket No. | Date Entered | Brief Description |
|---|---|---|
| 22 | 02/09/22 | US Trustee's Application for Order to Show Cause Directing Attorney Michael E. Reznick to Personally Appear to Explain Why Bankruptcy Was Not Filed in Bad Faith and Related Relief |
| 23 | 02/09/22 | Notice of Lodgment of Order |
| 24 | 02/09/22 | US Trustee's Request for Judicial Notice |
| 30 | 02/23/22 | Order Granting US Trustee's Application for OSC |
| 39 | 03/23/22 | Order Approving Stipulation to Continue OSC Hearing Date |
| 41 | 04/27/22 | Declaration of Michael E. Reznick in Support of Opposition to US Trustee's Application for Order to Show Cause |
| 42 | 04/27/22 | Declaration of Yvette Hargrove Brown in Support of Opposition to US Trustee's Application for Order to Show Cause |
| 43 | 05/04/22 | Declaration of James Dumas Re Order to Show Cause |
| 44 | 05/04/22 | Reply to Declaration of Dumas |
| 45 | 05/04/22 | Further Reply re Dumas |
| 46 | 05/05/22 | Motion to Strike Declaration of James Dumas |
| 47 | 05/05/22 | Hearing Set on Motion to Strike |
| 48 | 05/06/22 | Opposition to Motion to Strike |
| 49 | 05/10/22 | Order Requiring US Trustee to Produce Omitted Exhibits and Continuing Hearing Date on Order to Show Cause |
| 50 | 05/11/22 | US Trustee's Reply to Court's Order |
| 53 | 05/17/22 | Supplemental Papers by "DA & AR Hospice Care, Inc." |

| | | |
|---|---|---|
| 54 | 05/19/22 | Supplemental Declaration of Hargrove Brown |
| 56 | 05/20/22 | Opposition to Supplemental Declaration |
| 57 | 05/20/22 | Reply to Supplemental Declaration |
| 58 | 05/26/22 | Order Continuing Hearing Date to June 27, 2022 |
| 60 | 05/26/22 | Substitution of Attorney |
| 63 | 06/27/22 | Memorandum of Decision |
| 64 | 06/27/22 | Order Finding Michael E. Reznick Committed Fraud by Filing Bankruptcy Petition Without Authorization |
| 69 | | Transcript of June 27, 2022 Hearing |
| 70 | 07/07/22 | Notice of Appeal and Statement of Election |
| 71 | 07/07/22 | Notice of Referral |
| 72 | 07/07/22 | Notice of Deficiency |
| 73 | 07/07/22 | Amended Notice of Appeal |
| 75 | | Notice of Transcript Designation |

## **STATEMENT OF ISSUES ON APPEAL**

I.  Whether the bankruptcy court erred in finding that attorney Michael Reznick was not authorized to sign and file the bankruptcy petition in this case.

II. Whether the bankruptcy court erred in finding that claimant Ailene Rivera, who is not a licensed medical doctor but merely owns shares of the debtor, was and is authorized to act

on behalf of the debtor as its CEO and medical director and in particular, to own, manage and control the debtor at the time the Petition was signed and filed.

   III. Whether attorney Michael Reznick committed fraud on the court and/or acted in bad faith by filing the bankruptcy petition.

DATED: July 21, 2022        /s/Lawrence J. Semenza
                  Lawrence J. Semenza

                 Attorney for Interested Party and Appellant
                 MICHAEL E. REZNICK